# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:18-cv-01080-STA-jay |
| ) | |
| **RODRIGO RAYAS and LAROKA, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff J&J Sports Productions, Inc., filed the instant Complaint against Defendants Rodrigo Rayas and LaRoka, LLC, on April 30, 2018.  (ECF No. 1.)  To date, neither Defendant has been served. Federal Rule of Civil Procedure 4 requires the Court to dismiss an action without prejudice if the defendant has not been served within ninety days of the filing of the complaint—unless the plaintiff can show good cause for the failure to serve the defendant.  Fed. R. Civ. P. 4(m).

On August 7, 2018, the Court ordered Plaintiff to show cause for its failure to serve Defendants. On September 13, 2018, Plaintiff responded, asking the Court for additional time to serve Defendants. (ECF No. 10.)  The Court granted Plaintiff an additional forty-five (45) days to perfect service.  (ECF No. 12.)

Plaintiff's deadline to serve Defendants has long passed.  Therefore, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  August 27, 2019